IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:10-CV-5-H

| | |
|---|---|
| BANKFIRST, | : |
| Appellant, | : |
| v. | : |
| | : On Appeal from |
| LEE F. COWPER, INC., | : Adversary Proceeding No. 08-00254-8-JRL |
| Appellee. | : |

### ORDER DISMISSING APPEAL

THIS MATTER is before the Court on the motion of Appellant BankFirst to withdraw its appeal in this matter, based on the parties having reached a final settlement of all issues between them.

IT IS THEREFORE ORDERED that Appellant BankFirst's appeal from the Bankruptcy's Court Judgment and Order dated November 24, 2009 in the above-referenced adversary proceeding is hereby dismissed.

This the 22nd day of April, 2010.

The Honorable Malcolm J. Howard
Senior U.S. District Judge

95598